# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYSONGKHAM PHANTHAY; VONGPHACHANH PHOUMY; NANTHA PHANATHAY; PHAT SOUNNAKHONE,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRCUS CIRCUS HOTEL & CASINO; CIRCUS CIRCUS LAS VEGAS, PHIL RUFFIN,<br><br>Defendants. | Case No.: 2:24-cv-01558-APG-BNW<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 36] |

I ORDER that the plaintiffs' motion for extension of time **(ECF No. 36) is GRANTED**. The plaintiffs have until January 23, 2025 to file a response to the defendants' motion to dismiss (ECF No. 23).

DATED this 17th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE