UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYSONGKHAM PHANTHAY; VONGPHACHANH PHOUMY; NANTHA PHANATHAY; PHAT SOUNNAKHONE,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRCUS CIRCUS HOTEL & CASINO; CIRCUS CIRCUS LAS VEGAS, PHIL RUFFIN,<br><br>Defendants. | Case No.: 2:24-cv-01558-APG-BNW<br><br>**Order Dismissing Case** |

I previously granted the plaintiffs leave to file an amended complaint by February 28, 2025. ECF No. 39. I advised the plaintiffs that if they did not file an amended complaint by that date, this case would be closed. *Id.* at 3. The plaintiffs did not file an amended complaint.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 4th day of March, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE