UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYSONGKHAM PHANTHAY, et al., | Case No.: 2:24-cv-01558-APG-BNW |
| Plaintiffs | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 43] |
| CIRCUS CIRCUS HOTEL & CASINO, et al., | |
| Defendants | |

The defendants move to dismiss for lack of subject matter jurisdiction. ECF No. 43.  The plaintiffs have not opposed, so they consent to the motion being granted. LR 7-2(d). Additionally, court orders have been returned in the mail. ECF Nos. 45-7, 49, 51.  The plaintiffs thus have not updated their addresses as required under Local Rule IA 3-1.

I THEREFORE ORDER that the defendants' unopposed motion to dismiss (ECF No. 43) is GRANTED.  The plaintiffs' amended complaint (ECF No. 40) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE